In Re: Appeal of Dumont Enterprises, Inc. From Enactment of Ordinance No. Z-380 by Bensalem Township on June 19, 1978. Dumont Enterprises, Inc., Appellant.

Argued October 3, 1979, before Judges ROGERS, DISALLE and CRAIG, sitting as a panel of three.

William E. Benner, with him Power, Bowen & Valimont, for appellant.

*Leslie G. Dias,* with him *Henry F. Huhn,* for appellee.

OPINION BY JUDGE ROGERS, October 25, 1979:

We affirm the order of the Court of Common Pleas of Bucks County dismissing the appellant, Dumont Enterprises, Inc.'s, Zoning Appeal alleging procedural defects in the adoption of Bensalem Township Ordinance Z-380, on the able opinion of Judge WILLIAM HART RUFE for the court below, reported at 33 Bucks Co. L. Rep. 6.

ORDER

AND Now, this 25th day of October, 1979, the order of the Court of Common Pleas of Bucks County dismissing the appeal of Dumont Enterprises, Inc. is affirmed.